1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUEBEN PAUL PHILL,<br><br>    Defendant. | No. 2:24-cr-00001-DC-1<br><br>ORDER RELATING AND REASSIGNING CASE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRA SUSANA CASTILLO,<br><br>    Defendant. | No. 2:24-cr-00325-DC-1 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUEBEN PAUL PHILL,<br><br>    Defendant. | No. 2:25-cr-00162-DJC-1<br><br>**New Case No.  2:25-cr-00162-DC-1** |

1

1    Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court assigned to the earlier criminal actions because these cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the court. Specifically, the earliest action charges Defendant Rueben Paul Phill with violating his conditions of supervised release by conspiring with Defendant Alejandra Susana Castillo to traffic firearms between Nevada and California. The new action (Case No. 2:25-cr-00162-DJC-1) charges Defendant Phill with that conspiracy to traffic in firearms.

Relating the cases under Local Rule 123, however, merely has the result that the actions are assigned to the same judge, it does not consolidate the actions.

The court hereby orders that the recently filed action, Case No. 2:25-cr-00162-DJC-1, is reassigned to District Judge Dena M. Coggins, and the caption shall read 2:25-cr-00162-DC-1.

In light of this reassignment, the status conference in 2:25-cr-00162-DJC-1 set for October 9, 2025 at 09:00AM in Courtroom 7 before District Judge Daniel J. Calabretta is VACATED and RESET for 10/10/2025 at 9:30 a.m. in Courtroom 8 before District Judge Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **July 25, 2025**

Dena Coggins
United States District Judge

2